**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| CARL CHILTON, | ) | |
|       Plaintiff, | ) ) ) | |
| v. | ) | 2:16-cv-00975-APG-NJK |
| ROMERO ARANAS et al., | ) ) | **ORDER** |
|       Defendants. | ) ) | |
| _____ | ) | |

**I.    DISCUSSION**

Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections ("NDOC"), has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 and has filed an application to proceed *in forma pauperis*. (ECF No. 1, 1-1). Plaintiff has failed to sign the penalty of perjury clause in his complaint. (ECF No. 1-1 at 8). The Court directs Plaintiff to sign page 8 of his complaint and to resubmit the signed complaint to the Court. Upon receipt of the signed complaint, the Court will screen Plaintiff's complaint.

**II.    CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court shall send Plaintiff a copy of his complaint (ECF No. 1-1).

IT IS FURTHER ORDERED that Plaintiff shall sign page 8 of his complaint and send the signed complaint back to this Court within 30 days from the date of this order.

///

///

///

///

1      IT IS FURTHER ORDERED that, if Plaintiff fails to send the signed complaint back to
2 the Court within 30 days from the date of this order, the Court will dismiss this case without
3 prejudice.

4

5      DATED: This 2nd day of December, 2016.

                                                    _____
                                                    NANCY J. KOPPE
                                                    United States Magistrate Judge