**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| CARL CHILTON, | ) | |
|     Plaintiff, | ) | |
| v. | ) | 2:16-cv-00975-APG-NJK |
| ROMEO ARANAS et al., | ) | **ORDER** |
|     Defendants. | ) | |

**I.   DISCUSSION**

At the Inmate Early Mediation Conference, the parties reached a settlement. (ECF No. 8). Defendants seek a motion for an extension of time to finalize settlement documents. (ECF No. 10). The Court grants the motion for extension of time. The stay is extended through April 14, 2017. On or before that date, Defendants shall submit an order and stipulation for dismissal.

**II.   CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 10) is granted. Defendants shall file an order and stipulation for dismissal on or before April 14, 2017.

DATED: This 17th day of March, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge