ADAM PAUL LAXALT
  Attorney General
Barrack T Potter (Bar. No. 14105)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave. #3900
Las Vegs, NV 89101
(702) 486-3120 (phone)
(702) 486-3773 (fax)
Email: bpotter@ag.nv.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CARL CHILTON, | Case No. 2:16-cv-00975-APG-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| ROMEO ARANAS, *et al.*, | |
| Defendants. | |

It is stipulated and agreed by and between Carl Chilton, Plaintiff Pro Se, and Defendants, Linda Adams, Romeo Aranas, Jacob Murphy And Cynthia (Linda) Sablica, by and through counsel, Adam Paul Laxalt, Nevada Attorney General, and Barrack T Potter, Deputy Attorney General, that the above-captioned matter be dismissed in its entirety

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

against all parties with prejudice, and that each party will bear their own attorney fees and costs.

DATED March 21, 2017.

DATED March 17, 2017.

ADAM PAUL LAXALT
Nevada Attorney General

By: _____

Carl Chilton
*Plaintiff Pro Se*

Barrack T Potter
Deputy Attorney General
*Attorneys for Defendants*

## ORDER

IT IS SO ORDERED.

Dated: March 23, 2017.


UNITED STATES DISTRICT JUDGE

2